

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2014

No. 04-12-00630-CV

**THE HUFF ENERGY FUND, L.P.**; WRH Energy Partners, L.L.C.; William R. "Bill" Huff;
Rick D'Angelo; Ed Dartley; Bryan Bloom; and Riley-Huff Energy Group, LLC;
Appellants

v.

**LONGVIEW ENERGY COMPANY**,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 11-09-12583-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, we grant in part and deny in part appellants' Rule 24.2 Motion; accordingly, we (1) REVERSE the trial court's June 25, 2013 "Order Granting Longview's Motion to Increase Security" requiring The Huff Energy Fund, L.P., WRH Energy Partners, LLC, William Huff, and Rick D'Angelo to each "post security in the amount of $25 million or 50% of the defendant's current net worth, whichever is less . . . ." and (2) AFFIRM the trial court's June 25, 2013 Order directing Huff Energy to produce or cause to be produced a variety of documents "pertaining to all wells and leases within the constructive trust in which Riley-Huff or The Huff Energy Fund, L.P. holds an interest . . . on a monthly basis for the duration of the appeal."

Costs of the appeal associated with appellants' Rule 24.2 Motion are assessed against the party that incurred them.

It is so **ORDERED** on February 12, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice'

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said February, 2014.

Keith E. Hottle

Keith E. Hottle, Clerk